LORD v. MARVIN ET AL., SOCIETY'S COMMITTEE OF THE
NORTH SOCIETY IN LYME.

Conscientious dissenters, liable to be taxed, for debts incurred
before they dissented.

ERROR to reverse a judgment of the County Court in an
action brought by said Lord v. said Marvin, etc.; declaring,
that for eight years last passed he belonged to a church and
society of Congregationalists: That on the 14th of April, A. D.
1788, he obtained from said church a certificate, that he be-
longed to their church, attended and contributed his propor-
tion for its support, and lodged said certificate with the clerk
of said north society; that said north society at their legal
meeting holden on the 14th of September A. D. 1789, voted
a tax of six pence on the pound upon the list of A. D. 1788,
which was appropriated to ministerial purposes; that the de-
fendants being a committee of said society, made up a rate-
bill, and therein included the plaintiff's name with forty-eight
shillings annexed as his proportion to pay; and for payment
of which they caused a certain cow worth £7 to be levied upon,
taken and sold.  Damage £30.  Writ dated 24th January
A. D. 1791.

Defendants plead in bar — That said tax was laid to pay the
arrears of salary due to Mr. Beckwith their former minister,
who was dismissed from them in December A. D. 1785, at
which time and for many years before the plaintiff was an in-
habitant and belonged to said society.

Plaintiff replied — That the sum agreed to be paid to Mr.
Beckwith, was by voluntary composition; that the tax laid
would raise a much greater sum.  Demurrer to the reply.

Judgment — That the reply is insufficient.

Error assigned — That it ought to have been adjudged suffi-
cient; and now the judgment of the County Court is affirmed.
It appears by the pleadings, that the tax was laid to pay a debt
incurred while the plaintiff belonged to said society.